# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MATHEW LEE, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 4:06-CV-1390 CAS |
| ACCREDITED HOME LENDERS, d/b/a HOME FUNDS DIRECT, | ) ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Upon consideration of the parties' Joint Motion for Approval of Final Settlement and having reviewed the Stipulation for Settlement and its exhibit, and for good cause shown, the Court finds the Stipulation for Settlement (a) is fair to all parties; (b) reasonably resolves a <u>bona fide</u> disagreement between the parties with regard to the merits of the claims asserted in the action; and (c) demonstrates a good faith intention by the parties that plaintiffs' claims be fully and finally resolved and not re-litigated in whole or in part at any point in the future.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' joint motion for settlement approval [Doc. 17] is **GRANTED.**

**IT IS FURTHER ORDERED** that the Stipulation for Settlement is **APPROVED** by this Court.

**IT IS FURTHER ORDERED, ADJUDGED** and **DECREED** that this action is **DISMISSED** with prejudice.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this \_\_\_\_23rd\_\_\_\_ day of July, 2007.